UNITED STATES DISTRICT COURT
DISTICT OF MINNESOTA

| | |
|---|---|
| YUMEI LI-BACHAR,<br><br>                    Plaintiff,<br>vs.<br><br>JOHNSON & JOHNSON,<br>ETHICON, INC., and ETHICON, LLC,<br><br>                    Defendants. | Case No. 0:22-cv-00485<br><br>Wilhelmina M. Wright<br>U.S. District Judge |

**PLAINTIFF'S VOLUNTARY DISMISSAL OF ETHICON, LLC, PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Yumei Li-Bachar voluntarily dismisses Ethicon, LLC, as a Defendant in this matter, with prejudice.

Dated: March 16, 2022

Respectfully submitted,

/s/Amanda M. Williams
Amanda M. Williams
**Gustafson Gluek PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
awilliams@gustafsongluek.com

*Attorney for Plaintiff*