# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

YUMEI LI-BACHAR,

    Plaintiff,                        Case Number 1:22-cv-01117

v.                                   Honorable Hala Y. Jarbou
                                   Magistrate Judge Phillip J. Green

ETHICON, INC. and
JOHNSON & JOHNSON,

    Defendants.

_____/

## STIPULATED ORDER OF DISMISSAL

On December 12, 2022, Plaintiff Yumei Li-Bachar and Defendants Ethicon, Inc. and Johnson and Johnson notified the Court that they had reached a final resolution of all claims in this matter. The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** with each party to bear their own costs.


                                      _____
                                      HON. HALA Y. JARBOU
                                      United States District Judge

Dated: December 14, 2022

Stipulated and Agreed on December 13, 2022:


**OLIVER LAW GROUP**
*/s/ Alyson Oliver*
Alyson Oliver (P55020)
1647 W. Big Beaver Rd.
Troy, MI 48084
T: (248) 327-6556
aoliver@oliverlawgroup.com


*Counsel for Plaintiff*

**BUSH SEYFERTH PLLC**
*/s/ Brittney D. Kohn*
Cheryl A. Bush (P37031)
Brittney D. Kohn (P80186)
100 W. Big Beaver Rd., Suite 400
Troy, MI 48084
T: (248) 822-7800
bush@bsplaw.com
kohn@bsplaw.com

*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 14, 2022 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties that are CM/ECF participants in this action.


OLIVER LAW GROUP, P.C.

By:  /s/ Alyson Oliver
Alyson Oliver, MI State Bar # P55020
notifications@oliverlawgroup.com
1647 W. Big Beaver Rd.
Troy, MI 48084
T: (248) 327-6556