UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YUMEI LI-BACHAR,

    Plaintiff,

v.

ETHICON, INC. and
JOHNSON & JOHNSON,

    Defendants.
_____/

Case Number 1:22-cv-01117

Honorable Hala Y. Jarbou
Magistrate Judge Phillip J. Green

## STIPULATED ORDER OF DISMISSAL

On December 12, 2022, Plaintiff Yumei Li-Bachar and Defendants Ethicon, Inc. and Johnson and Johnson notified the Court that they had reached a final resolution of all claims in this matter. The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** with each party to bear their own costs.

Dated: December 14, 2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
Chief United States District Judge

Stipulated and Agreed on December 13, 2022:

| | |
|---|---|
| **OLIVER LAW GROUP** | **BUSH SEYFERTH PLLC** |
| <u>*/s/ Alyson Oliver*</u> | <u>*/s/ Brittney D. Kohn*</u> |
| Alyson Oliver (P55020) | Cheryl A. Bush (P37031) |
| 1647 W. Big Beaver Rd. | Brittney D. Kohn (P80186) |
| Troy, MI 48084 | 100 W. Big Beaver Rd., Suite 400 |
| T: (248) 327-6556 | Troy, MI 48084 |
| aoliver@oliverlawgroup.com | T: (248) 822-7800 |
| | bush@bsplaw.com |
| | kohn@bsplaw.com |
| *Counsel for Plaintiff* | |
| | *Counsel for Defendants* |